IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DENNIS ADAMS,**                                             06-CV-1674-BR

      **Plaintiff,**                                    **JUDGMENT**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**


    Based on the Court's Opinion and Order (#___) issued December 17, 2007 the Court hereby **REMANDS** this matter to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with this Opinion and Order.

    DATED this 17th day of December, 2007.


                                                       /s/ Anna J. Brown

                                                       ANNA J. BROWN
                                                       United States District Judge

1 - JUDGMENT