WILBORN LAW OFFICE, P.C.  
TIM WILBORN — OSB # 94464  
twilborn@mindspring.com  
19093 S. Beavercreek Road, PMB # 314  
Oregon City, OR 97045  
Voice: (503) 632-1120  
Fax: (503) 632-1198  
  Attorney for Plaintiff

FILED '08 MAR 17 14:52 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DENNIS ADAMS,**                                                      CV # 06-1674-BR

    Plaintiff,

vs.                                                                                      ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 17th day of March, 2008.

                                                          Anna Brown  
                                                          United States District Judge

Submitted on March 14, 2008 by:

/s/ Tim Wilborn, OSB # 94464  
(503) 632-1120  
  Attorney for Plaintiff

ORDER - Page 1